# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| **ANALYTICAL TECHNOLOGIES, LLC,**<br><br>Plaintiff,<br><br>vs.<br><br>**RESTAURANT BRANDS INTERNATIONAL, INC.,**<br><br>Defendant. | No. 2:23-CV-0288-JRG-RSP<br><br>JURY TRIAL DEMANDED |

## NOTICE OF APPEARANCE

Please take notice that the undersigned attorney is admitted to this Court and hereby enters his appearance of counsel on behalf of Defendant Restaurant Brands International, Inc. in this matter. Counsel consents to electronic service of all papers in this matter.

Dated: November 30, 2023     */s/ Ashu N. Balimba*
Ashu N. Balimba
Texas Bar No. 24099369

FISH & RICHARDSON P.C.
1717 Main Street, Suite 5000
Dallas, Texas 75201
Telephone: (214) 747-5070
Facsimile: (214) 747-2091

**COUNSEL FOR DEFENDANT
RESTAURANT BRANDS INTERNATIONAL, INC.**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing document has been served on November 30, 2023, to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system.

*/s/ Ashu N. Balimba*
Ashu N. Balimba
