IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| ANALYTICAL TECHNOLOGIES, LLC,<br><br>    Plaintiff,<br><br>    v.<br><br>RESTAURANT BRANDS INTERNATIONAL, INC.,<br><br>    Defendant. | CASE NO. 2:23-CV-00288-JRG-RSP<br><br>JURY TRIAL DEMANDED |

**JOINT MOTION REQUESTING STAY
PENDING SETTLEMENT AGREEMENT**

    Plaintiff Analytical Technologies, LLC and Defendant Restaurant Brands International, Inc. have settled in principal. Accordingly, the parties jointly move the Court to stay any and all unreached deadlines contained in the Court's Docket Control Order (Dkt. 32) for thirty (30) days in order to finalize the settlement of this matter and file appropriate dismissal papers.

| | |
|---|---|
| Dated: February 13, 2024 | Respectfully submitted, |

*Donald R. McPhail with permission*
Donald R. McPhail (admitted)
OBLON, MCLELLAND, MAIER
 & NEUSTADT LLP
1940 Duke Street
Alexandria, VA 22314
dmcphail@oblon.com
Telephone: 703-413-3000
Facsimile: 703-413-2220

*Attorneys for Plaintiff Analytical Technologies, LLC*

*Noel F. Chakkalakal*
Neil J. McNabnay
Texas Bar No. 24002583
Ricardo J. Bonilla
Texas Bar No. 24082704
Noel F. Chakkalakal
Texas Bar No. 24053676
Sarika Patel
Texas Bar No. 24073520
Alexander H. Martin
Texas Bar No. 24091828
Ashu N. Balimba
Texas Bar No. 24099369
mcnabnay@fr.com
rbonilla@fr.com
chakkalakal@fr.com
patel@fr.com
martin@fr.com
balimba@fr.com
**FISH & RICHARDSON P.C.**
1717 Main Street, Suite 5000
Dallas, Texas 75201
(214) 747-5070 (Telephone)
(214) 747-2091 (Facsimile)

*Attorneys for Defendant Restaurant Brands International, Inc.*

## **CERTIFICATE OF CONFERENCE**

I hereby certify that counsel for Defendant has complied with the meet and confer requirement in Local Rule CV-7(h) and conferred with Plaintiff's counsel, who confirmed that this motion is unopposed.

*/s/ Noel F. Chakkalakal*
Noel F. Chakkalakal

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy has been electronically filed using the CM/ECF filing system on February 13, 2024, which automatically send email notifications to all counsel of record and which will permit viewing and downloading of same from the CM/ECF system.

*/s/ Noel F. Chakkalakal*
Noel F. Chakkalakal
