UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| **ANALYTICAL TECHNOLOGIES, LLC,**<br><br>   Plaintiff,<br><br>   v.<br><br>**RESTAURANT BRANDS INTERNATIONAL, INC.,**<br><br>   Defendant. | Case No. 2:23-cv-00288-JRG-RSP |

## STIPULATED JOINT MOTION FOR DISMISSAL

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff Analytical Technologies, LLC ("Analytical") and Defendant Restaurant Brands International Inc. ("RBI") respectfully submit this stipulation of dismissal of Analytical's claims against RBI with prejudice and RBI's counterclaims against Analytical without prejudice. Each party is to bear its own costs, expenses, and attorneys' fees.

Dated: April 18, 2024            Respectfully Submitted

                      */s/* Randall Garteiser
                      Randall Garteiser
                        Texas Bar No. 24038912
                        rgarteiser@ghiplaw.com

                     **GARTEISER HONEA, PLLC**
                     119 W. Ferguson Street
                     Tyler, Texas 75702
                     Telephone: (903) 705-7420
                     Facsimile: (903) 405-3999

                     **ATTORNEY FOR PLAINTIFF**

*/s/ Alexander Hale Martin*
Alexander Hale Martin
Texas Bar No. 24091828
Neil J. McNabnay
Texas Bar No. 24002583
Ricardo J. Bonilla
Texas Bar No. 24082704
Ashu Balimba
Texas Bar No. 24099369
Noel Chakkalakal
Texas Bar No. 24053676
martin@fr.com
mcnabnay@fr.com
rbonilla@fr.com
balimba@fr.com
chakkalakal@fr.com
**FISH & RICHARDSON P.C.**
1717 Main Street, Suite 5000
Dallas, Texas 75201
(214) 747-5070 (Telephone)
(214) 747-2091 (Facsimile)

**ATTORNEYS FOR DEFENDANT**

## CERTIFICATE OF CONFERENCE

The undersigned attorney represents and confirms that a conference was conducted with opposing counsel prior to filing this Joint Stipulation, and counsel is agreed to the relief requested herein.

*/s/ Randall Garteiser*
Randall Garteiser

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on all counsel of record via the Court's ECF system.

*/s/ Randall T. Garteiser*
Randall T. Garteiser
