# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| Analytical Technologies LLC, § § § *Plaintiff*, § § v. § § Restaurant Brands International, Inc., § § § *Defendant*. § | CASE NO. 2:23-CV-00288-JRG-RSP |

## ORDER

Before the Court is the Stipulated Joint Motion for Dismissal filed by Plaintiff Analytical Technologies, LLC and Defendant Restaurant Brands International Inc. (Dkt. No. 46.) In the Motion, the parties represent that the above-captioned case has been resolved and request dismissal of Plaintiff's claims in the above-captioned action with prejudice and Defendant's counterclaims without prejudice. (*Id*. at 1.)

Having considered the Motion, the Court finds that it should be and hereby is **GRANTED**. Accordingly, the claims and causes of action asserted by Plaintiff in the above-captioned case are **DISMISSED WITH PREJUDICE** and the counterclaims asserted by Defendant in the above-captioned case are **DISMISSED WITHOUT PREJUDICE**. Each party is to bear its own costs, expenses, and attorneys' fees. All pending requests for relief in the above-captioned case not explicitly granted herein are **DENIED AS MOOT**.

The Clerk of Court is directed to **CLOSE** the above-captioned case.

2

**So ORDERED and SIGNED this 26th day of April, 2024.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE